**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**XOCO TRANSPORT, LLC,**[1]<br><br>**DEBTOR.** | **CASE NO. 26-70297 (EVR)**<br><br>**CHAPTER 11** |

# STATEMENT OF OPERATIONS

[1] The last four digits of the Debtor's federal tax identification number are 4475.

**XOCO TRANSPORT, LLC**
**Statement of Profit & Loss**
**For the Period Ended July 31, 2026**

| | 1 Month Ended Jul. 31, 2026 | Pct | 7 Months Ended Jul. 31, 2026 | Pct |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | $ 650,567.31 | 100.00 | $ 5,566,356.57 | 100.00 |
| **Total Revenue** | 650,567.31 | 100.00 | 5,566,356.57 | 100.00 |
| **Cost of Sales** | | | | |
| COGS - Supplies | 0.00 | 0.00 | 2,834.97 | 0.05 |
| COGS - Contract Labor | 210,928.57 | 32.42 | 1,519,050.41 | 27.29 |
| COGS - Transport | 0.00 | 0.00 | 87,395.47 | 1.57 |
| COGS - Fuel | 338,869.53 | 52.09 | 2,242,950.63 | 40.29 |
| COGS - Equipment Lease | 0.00 | 0.00 | 80.00 | 0.00 |
| COGS - Licenses and Permits | 12,534.34 | 1.93 | 181,457.85 | 3.26 |
| **Total Cost of Sales** | 562,332.44 | 86.44 | 4,033,769.33 | 72.47 |
| **Gross Profit** | 88,234.87 | 13.56 | 1,532,587.24 | 27.53 |
| **Operating Expenses** | | | | |
| Bank Charges | 1,449.82 | 0.22 | 5,612.51 | 0.10 |
| Bank Charges - Non Deductible | 0.00 | 0.00 | 1,632.04 | 0.03 |
| Depreciation | 146,836.53 | 22.57 | 999,857.37 | 17.96 |
| Drug Screening Drivers | 315.00 | 0.05 | 3,909.69 | 0.07 |
| Dues and Subscriptions | 32.46 | 0.00 | 18,581.53 | 0.33 |
| Insurance | 28,781.07 | 4.42 | 329,407.09 | 5.92 |
| Interest | 10,452.40 | 1.61 | 106,392.98 | 1.91 |
| Office Expense | 2,504.04 | 0.38 | 43,164.25 | 0.78 |
| Professional Fees | 3,284.46 | 0.50 | 15,985.97 | 0.29 |
| Repairs and Maintenance | 0.00 | 0.00 | 1,909.78 | 0.03 |
| Salaries and Wages | 12,814.17 | 1.97 | 404,027.35 | 7.26 |
| Taxes - Payroll | 8,695.34 | 1.34 | 39,732.88 | 0.71 |
| Taxes - Other | 0.00 | 0.00 | 25,850.00 | 0.46 |
| Telephone | 19,233.41 | 2.96 | 62,167.19 | 1.12 |
| Travel | 218.02 | 0.03 | 3,349.12 | 0.06 |
| Uniform Expense | 653.04 | 0.10 | 5,474.94 | 0.10 |
| Utilities | 0.00 | 0.00 | 119.08 | 0.00 |
| **Total Operating Expenses** | 235,269.76 | 36.16 | 2,067,173.77 | 37.14 |
| **Operating Income** | (147,034.89) | (22.60) | (534,586.53) | (9.60) |
| Gain/Loss on Equipment Sales | (14,000.00) | (2.15) | (78,924.67) | (1.42) |
| Other Income | 0.00 | 0.00 | 4,100.62 | 0.07 |
| **Total Other Income** | (14,000.00) | (2.15) | (74,824.05) | (1.34) |
| **Net Income (Loss)** | $ (161,034.89) | (24.75) | $ (609,410.58) | (10.95) |

See Accompanying Preparation Report